Christopher Wimmer (SBN 263275)
Peter Roldan (SBN 227067)
Jason Fisher (SBN 289085)
EMERGENT LLP
535 Mission Street, 14th Floor
San Francisco, California 94105
p: 415/894-9284
f: 415/276-8929
e: chris@emergent.law
e: peter@emergent.law
e: jason@emergent.law

Attorneys for Plaintiff
SATENICK DOLUNTS OTTO

[full listing of counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SATENICK DOLUNTS OTTO, on behalf of herself and others similarly situated,

Plaintiff,

v.

BANK OF THE WEST,

Defendant.

Case No. 17-cv-01445-JSC

**STIPULATION OF DISMISSAL AND ~~[PROPOSED]~~ ORDER**

EMERGENT

**STIPULATION**

WHEREAS on March 16, 2017 Plaintiff Satenick Dolunts Otto ("Plaintiff") brought suit in this action against defendant Bank of the West (the "Bank") alleging violations of the Fair Labor Standards Act ("FLSA"); and

WHEREAS on December 22, 2017 Plaintiff and the Bank settled Plaintiff's individual FLSA claims, and on or around January 8, 2018 executed a Settlement Agreement and General Release ("Settlement Agreement");

THEREFORE, IT IS HEREBY STIPULATED between Plaintiff and the Bank through their counsel that this action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Plaintiff and the Bank further stipulate that, except as set forth in the Settlement Agreement, each party shall bear her or its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: January 11, 2018

Respectfully submitted,

By: /s/ Christopher Wimmer
Christopher Wimmer

EMERGENT LLP
Attorneys for Plaintiff
SATENICK DOLUNTS OTTO

Dated: January 11, 2018

Respectfully submitted,

By: /s/ Seth Yohalem
Seth Yohalem

WASKOSWSKI, JOHNSON, YOHALEM LLP
Attorneys for Plaintiff
SATENICK DOLUNTS OTTO

Dated: January 11, 2018

Respectfully submitted,

By: /s/ Andrew R. Livingston
Andrew R. Livingston

Zachary B. Scott
Tierra D. Piens
ORRICK, HERRINGTON & SUTCLIFFE LLP
Attorneys for Defendant
BANK OF THE WEST

ECF Attestation

I am the person who efiled this document, and attest that concurrence in the filing of the document has been obtained from each of the other signatories.

/s/ Christopher Wimmer

**[~~PROPOSED~~] ORDER**

The court having considered the stipulation of the parties, and good cause appearing, IT IS ORDERED that:

1. This action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).
2. Except as provided in the Settlement Agreement, each party shall bear her or its own attorneys' fees and costs.
3. The court shall retain jurisdiction over this matter to enforce the terms of the Settlement Agreement.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 30, 2018

Jacqueline Scott Corley

Honorable Jacqueline Scott Corley
United States Magistrate Judge